# United States District Court
for the
Southern District of Indiana

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES BURKHART, )<br>DANIEL BENSON, )<br>ROGER WERNER, )<br>STEVEN GANOTE, )<br>JOSHUA BURKHART, )<br>ACCD LLC (d/b/a CRUSADER HEALTHCARE )<br>   SERVICES III), )<br>AMERICAN SENIOR CARE LLC, )<br>BRIGHT HVAC LLC, )<br>BTS SOLUTIONS LLC, )<br>BTS VENTURES LLC (d/b/a BEST CHOICE), )<br>CARDINAL DISTRIBUTION LLC )<br>CIRCLE CONSULTING LLC, )<br>FINITE CAPITAL LLC (d/b/a HEALTHCARE )<br>   BY DESIGN), )<br>FORCE HOLDING COMPANY LLC, )<br>HEARTLAND FLAG LLC, )<br>INDIANA UNIFORM COMPANY LLC, )<br>JACCD LLC (d/b/a CRUSADER IV), )<br>MED-HEALTHLINE SUPPLY LLC, )<br>OREGON PROPERTIES LLC, )<br>105214 INVESTMENTS LLC (d/b/a )<br>   CRUSADER HEALTHCARE SERVICES), )<br>105210 INVESTMENTS LLC (d/b/a )<br>   CRUSADER HEALTHCARE SERVICES II), )<br>)<br>Defendants. ) | Case No.: 1:17-cv-03273-SEB-DML<br><br>**DEMAND FOR JURY TRIAL** |

## SUMMONS IN A CIVIL ACTION

TO:

| | | |
|---|---|---|
| James Burkhart<br>c/o Larry Mackey<br>Barnes & Thornburg LLP<br>11 S. Meridian Street<br>Indianapolis, IN 46204 | Daniel Benson<br>c/o Jackie M. Bennett<br>Taft Stettinius & Hollister LLP<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204 | Roger Werner<br>c/o Edward Schrager<br>Baxter Rose & Schrager<br>50 E. 91th St., Suite 103<br>Indianapolis, IN 46240 |

Civil Action Number: 1:17-cv-03273

| | | |
|---|---|---|
| Steven Ganote<br>c/o Bradley L. Williams<br>Ice Miller, LLP<br>One America Square, Suite 2900<br>Indianapolis, IN 46282 | Joshua Burkhart<br>c/o Thomas W. Farlow<br>Frost Brown Todd LLC<br>201 North Illinois St., Suite 1900<br>Indianapolis, IN 46204 | ACCD LLC<br>c/o Larry Mackey<br>Barnes & Thornburg LLP<br>11 S. Meridian Street<br>Indianapolis, IN 46204 |
| American Senior Care LLC<br>c/o Larry Mackey<br>Barnes & Thornburg LLP<br>11 S. Meridian Street<br>Indianapolis, IN 46204 | Bright HVAC LLC<br>c/o Registered Agent Solutions<br>120 East Market St., Suite 808<br>Indianapolis, IN 46204 | BTS Solutions LLC<br>c/o Registered Agent Solutions<br>120 East Market St., Suite 808<br>Indianapolis, IN 46204 |
| BTS Ventures LLC<br>c/o Registered Agent Solutions<br>120 East Market St., Suite 808<br>Indianapolis, IN 46204 | Cardinal Distribution LLC<br>c/o Incorp Services, Inc.<br>120 East Market St., Suite 808<br>Indianapolis, IN 46204 | Circle Consulting LLC<br>c/o Thomas W. Farlow<br>Frost Brown Todd LLC<br>201 North Illinois St., Suite 1900<br>Indianapolis, IN 46204 |
| Finite Capital LLC<br>c/o Steve Ganote<br>6446 West CR 900 North<br>North Salem, IN 46165 | Force Holding Company LLC<br>c/o Incorp Services, Inc.<br>120 East Market St., Suite 808<br>Indianapolis, IN 46204 | Heartland Flag LLC<br>c/o Thomas W. Farlow<br>Frost Brown Todd LLC<br>201 North Illinois St., Suite 1900<br>Indianapolis, IN 46204 |
| Indiana Uniform Company LLC<br>c/o Resident Agent Solutions<br>120 East Market St., Suite 808<br>Indianapolis, IN 46204 | JACCD LLC<br>c/o Larry Mackey<br>Barnes & Thornburg LLP<br>11 S. Meridian Street<br>Indianapolis, IN 46204 | Med-Healthline Supply LLC<br>c/o Registered Agent Solutions<br>120 East Market St., Suite 808<br>Indianapolis, IN 46204 |
| Oregon Properties LLC<br>c/o Registered Agent Solutions<br>120 East Market St., Suite 808<br>Indianapolis, IN 46204 | 105214 Investments LLC<br>c/o Registered Agent Solutions<br>120 East Market St., Suite 808<br>Indianapolis, IN 46204 | 105210 Investments LLC<br>c/o Registered Agent Solutions<br>120 East Market St., Suite 808<br>Indianapolis, IN 46204 |

    A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Riley Safer Holmes & Cancila LLP
        Attn: Valarie Hays
        Three First National Plaza
        70 W. Madison. Suite 2900
        Chicago, Illinois 60602

Civil Summons (Page 3)

Civil Action Number: 1:17-cv-03273

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT, Laura A. Briggs*

BY: _____
*Deputy Clerk*

Date:   9/18/2017
       _____

Civil Action Number: 1:17-cv-03273

# PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                    *Server's Signature*

                                    _____
                                    *Printed name and title*

                                    _____
                                    *Server's address*

Additional information regarding attempted service, etc.