UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO.:  1:17-cv-03273-SEB-DML ) |
| JAMES BURKHART, et al. | ) ) |
| Defendants. | ) |

## ORDER GRANTING
## MOTION TO STAY CIVIL PROCEEDINGS

This cause comes before the Court on the Motion to Stay Civil Proceedings filed by Defendants James Burkhart, Steven Ganote, Daniel Benson, ACCD LLC d/b/a Crusader Healthcare Services III, American Senior Care LLC, JACCD LLC d/b/a Crusader IV, 105214 Investments LLC d/b/a Crusader Healthcare Services, 105210 Investments LLC d/b/a Crusader Healthcare Services II, Bright HVAC LLC, BTS Solutions LLC, BTS Ventures LLC (d/b/a Best Choice), Cardinal Distribution LLC, Finite Capital LLC (d/b/a Healthcare By Design), Force Holding Company LLC, Indiana Uniform Company LLC, Med-Healthline Supply LLC and Oregon Properties, and the Court, having reviewed the same and being duly advised, now finds that the same should be and is hereby ***GRANTED***.

IT IS THEREFORE ORDERED that all proceedings in this matter are hereby STAYED pending entry of judgment in the criminal case against Defendants Steven Ganote, James Burkhart, Daniel Benson and Joshua Burkhart.  *See United States v. Burkhart, et al.*, Case No. 1:16-cr-00212-TWP-TAB ("the criminal case").

I\12507064.3

IT IS FURTHER ORDERED that all deadlines in this matter, including, but not limited to, all deadlines related to responses to the Complaint, other pleadings and motions, Rule 26(f) conferences, case management planning and discovery, are hereby VACATED/STAYED subject to resetting by Court Order.

IT IS FURTHER ORDERED THAT that the parties will file a joint request for a telephonic status conference with the Court within 30 days after entry of judgment in the criminal case, during which conference the Court will set a deadline for responses to the Complaint, the commencement of discovery and other case management deadlines.

SO ORDERED this _____ day of _____, 2017.

_____
JUDGE SARAH EVANS BARKER
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

Service of this Order will be made
electronically on all ECF-registered counsel
of record via email generated by the Court's
ECF system.