UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., | ) |
| Plaintiff, | ) ) Case No.: 1:17-cv-3273-SEB-DML |
| v. | ) ) Honorable Sarah Evans Baker |
| JAMES BURKHART, et al. | ) ) Honorable Debra McVicker Lynch |
| Defendants. | ) ) |

**JOINT STATUS REPORT**

The parties, through their undersigned counsel, hereby submit the following Joint Status Report pursuant to this Court's order dated December 1, 2017 (Dkt. 44.):

**I.   Background**

1. Plaintiff American Senior Communities, L.L.C. ("ASC") filed this action on September 15, 2017, alleging violations of the Racketeer Influence and Corrupt Organizations Act ("RICO"), conspiracy to violate RICO, and several state law and common law causes of action.

2. On November 1, 2017, the parties engaged in a Rule 26(f) conference. The following week, on November 7, Plaintiff's counsel emailed a proposed Uniform Case Management Plan to counsel for Defendants.

3. The parties began engaging in discovery on November 14, 2017. On that date, Plaintiff served its first set of interrogatories on Defendants, as well as notices of third-party subpoenas. Counsel for certain Defendants issued notices of deposition for two of ASC's owners and its general counsel. The following day, Plaintiff noticed the depositions of five Defendants.

4. On November 15, 2017, counsel for certain Defendants filed a motion seeking to stay these proceedings until 30 days following the entry of judgment in the criminal case against Defendants James Burkhart, Daniel Benson, Steven Ganote, and Joshua Burkhart (1:16-cr-00212-TWP-TAB). *See* (Dkts. 41-42.) Plaintiff did not object to the stay. *See* (Dkt. 43.)

5. On December 1, 2017, this Court issued an order granting the motion to stay in part. The Court ordered the Clerk of the Court to administratively close the case and ordered that the parties may seek to reopen the case by filing a joint status report 30 days after entry of judgment in the criminal case. *See* (Dkt. 44.)

6. The Court entered judgments against all four defendants in the criminal case on July 10, 2018 (James Burkhart), July 19, 2018 (Steven Ganote), July 20, 2018 (Joshua Burkhart), and July 27, 2018 (Daniel Benson). However, the Court left open the issue of restitution and ordered the parties to meet and confer on that outstanding issue within sixty (60) days of the dates on which each defendant was sentenced. At the close of that 60-day period, the Court is expected to issue an amended final judgment for each of the four defendants.

**II.   Status Report and Proposed Schedule**

7. As explained above, the parties have already (1) held a Rule 26(f) Conference, (2) exchanged a draft of a proposed Uniform Case Management Plan, and (3) propounded discovery.

   A. <u>Plaintiff and Defendant Werner's Position</u>

8. The Plaintiff and counsel for Defendant Roger Werner respectfully request that this action be reopened now, and the parties be permitted to continue engaging in discovery in accord with the Uniform Case Management Plan set forth in the following paragraph. With the reopening of the case, Plaintiff's previously-issued interrogatory shall be answered on or before September 26, 2018. All answers, responsive pleadings or motions to dismiss shall be filed on or

before September 26, 2018. Plaintiff shall also be permitted to issue previously-noticed subpoenas to third parties, with return dates of September 26, 2018.

9. The Plaintiff and Werner also respectfully request that the Court issue an order directing the parties to submit a Uniform Case Management Plan and ESI Supplement on or before September 26, 2018, which will set forth all relevant dates related to this action, including new dates for the parties' previously-noticed depositions.

10. Although the exact amount of restitution owed by the various defendants in the criminal case remains to be determined, that determination will have no substantive effect on this matter. Now that judgments have been issued against each of the defendants, there is no reason to further delay these proceedings.

B. <u>Defendant Benson, Ganote, and Joshua Burkhart's Position</u>

11. Given that the issue of restitution has not yet been resolved in the criminal case and the anticipated issuance of amended final judgments against each of the defendants therein, counsel for defendants Benson, Ganote, and Joshua Burkhart urge this Court to continue the stay in this matter until 30 days after the criminal court's issuance of the amended judgments. The restitution figures ordered in the criminal case will undoubtedly impact this litigation and could require amended filings herein if the instant case is revived prematurely. In the interest of efficiency, then, this matter should remain stayed pending final resolution of the restitution issue in the criminal case. However, should the Court decide to reopen the case now, counsel for defendants Benson, Ganote, and Joshua Burkhart join in the proposed schedule set forth in Paragraph 8 and 9 above, in part, with the following modifications:

    a. Responsive pleading deadline: 30 days after the issuance of the last amended judgment in the criminal case;

  b. Proposed Case Management Plan and ESI Supplement Deadline: 45 days after the issuance of the last amended judgment in the criminal case; and,

  c. Deadline for responses to previously served interrogatory on Defendants: 60 days after the issuance of the last amended judgment in the criminal case.

 C. <u>Remaining Defendants</u>

 12. Counsel for James Burkhart and his entities has withdrawn from representation and did not engage with counsel's requests to confer regarding this Joint Status Report. Accordingly, the undersigned counsel is unaware of those parties' positions.

Respectfully Submitted,

Dated: August 27, 2018

/s/ Eli J. Litoff
Ronald S. Safer (*pro hac vice*)
Matthew C. Crowl (*pro hac vice*)
Valarie Hays
Kelly M. Warner (*pro hac vice*)
Laura Kleinman (*pro hac vice*)
Eli J. Litoff (*pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
Three First National Plaza
70 W. Madison, Suite 2900
Chicago, Illinois 60602
312-471-8700
rsafer@rshc-law.com
mcrowl@rshc-law.com
vhays@rshc-law.com
kwarner@rshc-law.com
lkleinman@rshc-law.com
elitoff@rshc-law.com

*Attorneys for American Senior Communities, L.L.C.*

/s/ Stephanie C. Courter (with permission)
Bradley L. Williams
David J. Carr
Stephanie C. Courter
Paul Sweeney
ICE MILLER, LLP
One America Square, Suite 2900
Indianapolis, IN 46282
317-236-2100
williamb@icemiller.com
david.carr@icemiller.com
stephanie.courter@icemiller.com
paul.sweeney@icemiller.com

*Attorneys for Steven Ganote, Bright HVAC LLC, BTS Solutions LLC, BTS Ventures LLC (d/b/a Best Choice), Cardinal Distribution LLC, Finite Capital LLC (d/b/a Healthcare by Design), Force Holding Company LLC, Indiana Uniform Company LLC, Med-Healthline Supply LLC, and Oregon Properties LLC*

<table>
<tr><td>

/s/ Jackie M. Bennett (with permission)
Jackie M. Bennett
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
317-713-3500
jbennett@taftlaw.com

*Attorney for Daniel Benson*

</td><td>

/s/ Edward Schrager (with permission)
Edward Schrager
BAXTER ROSE & SCHRAGER
50 E. 91th St., Suite 103
Indianapolis, IN 46240
317-842-1600
echrager@brs-lawyers.com

*Attorney for Roger Werner*

</td></tr>
</table>

/s/ Jenai Brackett (with permission)
Thomas W. Farlow
Jenai M. Brackett
FROST BROWN TODD LLC
201 North Illinois St., Suite 1900
Indianapolis, IN 46204
312-237-3800
tfarlow@fbtlaw.com
jbrackett@fbtlaw.com

*Attorneys for Joshua Burkhart, Circle Consulting LLC, and Heartland Flag LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2018, I caused the foregoing document to be electronically filed using the CM/ECF system, which will send notice of this filing to all counsel of record. I will also cause a copy of the foregoing document to be sent via U.S. Mail, postage prepaid, to the following address:

James Burkhart
FCP Montgomery
Maxwell Airforce Base
Montgomery, Alabama 36112

*/s/ Eli J. Litoff*
Eli J. Litoff
RILEY SAFER HOLMES & CANCILA LLP
Three First National Plaza
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
312-471-8700
elitoff@rshc-law.com