UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   No. 1:17-cv-03273-SEB-DML |
| JAMES BURKHART, et al. | ) ) ) |
| Defendants. | ) |

## Order Setting Initial Pretrial Conference

This case is assigned for an initial pretrial conference on **October 17, 2018, at 9:30 a.m. (Eastern Time),** before United States Magistrate Judge Debra McVicker Lynch, in Room 277, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

**Read this entire order carefully; it sets out the court's expectations for the conference.**

### Who must attend the initial pretrial conference ("IPTC")

- Represented parties must attend the IPTC by counsel. Counsel must appear in person unless they obtain leave to appear at the IPTC by telephone. Leave to appear by telephone will be freely granted to counsel outside the Indianapolis Division; counsel within the Indianapolis Division are expected to appear in person. Requests by counsel to participate by telephone must be made by contacting the magistrate judge's staff at 317.229.3630 **at least two business days in advance of the IPTC**.

- Counsel who attend the IPTC must have thorough knowledge of the case, must have an appearance on file, and must be registered for CM/ECF.

- Clients are not required (but are permitted) to attend this conference.

**CMP**

- Counsel need not prepare a case management plan, the court will address the parties' proposed deadlines stated in their status report (Dkt. 51).

**Other matters for counsel to address with specificity at the IPTC**

- All factual and legal matters pertinent to claims, defenses, and damages
- The nature and scope of discovery, including any particular issues counsel anticipate
- Settlement, including identification of discovery necessary for parties to evaluate the case for settlement purposes

- When a substantial volume of ESI is expected, detailed consideration of related issues, including types, sources, preservation, accessibility, plan for collection, search protocol, management software, costs, and sequencing

- Whether and how many expert witnesses will likely be used

- The need for a stipulated protective order

So ORDERED.

Date: 9/26/2018

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system