UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:17-cv-03273-SEB-DML |
| JAMES BURKHART, et al. | ) ) ) | |
| Defendants. | ) | |

## Entry and Order from Initial Pretrial Conference

The parties, by counsel, appeared for an initial pretrial conference on October 17, 2018, with the magistrate judge. **The Clerk of Court is directed to reopen this action.** Counsel are directed to confer, and by November 7, 2018, file a proposed case management plan.

This case is set for a telephone status conference on **January 15, 2019, at 10:00 a.m. (Eastern)**, with Magistrate Judge Debra McVicker Lynch. The court will contact counsel by separate email through the court's electronic filing system with the call-in information to be used to participate in the conference.

So ORDERED.

Date: 10/17/2018

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the Court's ECF system