UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:17-cv-03273-TWP-DML ) |
| JAMES BURKHART, et al. | ) ) |
| Defendants. | ) |

## Order Setting Status Conference

This case is set for a telephone status conference **only with counsel for plaintiff and Defendants Bright HVAC LLC, BTS Solutions LLC, BTS Ventures LLC d/b/a Best Choice, Cardinal Distribution LLC, Finite Capital LLC d/b/a Healthcare by Design, Force Holding Company, LLC, Indiana Uniform Company LLC, Med-Healthline Supply LLC, and Oregon Properties LLC (collectively, "Corporate Ganote Defendants")** on **March 21, 2019, at 2:30 p.m. (Eastern),** before Magistrate Judge Debra McVicker Lynch. The purpose of this conference is to discuss the corporate Ganote defendants' motion for withdrawal of appearances (Dkt. 120).

The court will contact counsel by separate email through the court's electronic filing system with the call-in information to be used to participate in the conference.

So ORDERED.

Date: 3/18/2019

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

DANIEL BENSON
 Mongomery B Wing
MONTGOMERY - FPC
MONTGOMERY FEDERAL PRISON CAMP
Inmate Mail/Parcels
MAXWELL AIR FORCE BASE
MONTGOMERY, AL 36112