UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:17-cv-03273-TWP-DML ) |
| JAMES BURKHART, et al | ) ) |

<u>Entry from Status Conference</u>

The plaintiff and the Ganote Parties, by counsel, appeared for a status conference on March 21, 2019, with the magistrate judge. The conference was held and concluded. The motion for leave to withdraw will be granted by separate order.

Date: 3/26/2019

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the Court's ECF system