UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:17-cv-03273-TWP-DML ) |
| JAMES BURKHART, et al. | ) ) ) |
| Defendants. | ) |

## Entry and Order from Discovery Conference

The parties, by counsel, appeared for a discovery conference on March 27, 2019, with the magistrate judge. Counsel for the plaintiff and for the Burkhart Defendants identified the parties' disputes with respect to a subpoena the plaintiff intends to serve upon non-party Barnes & Thornburg LLP (B & T). The court makes the following orders:

1. The plaintiff shall promptly serve B & T with the subpoena, along with a copy of this order.

2. The Burkhart Defendants shall file their motion to quash the subpoena by April 2, 2019.

3. The plaintiff shall file its response to the motion to quash by April 16, 2019.

4. The Burkhart Defendants shall file any reply in support of the motion by April 23, 2019.

5. If B & T wants to file a motion to quash independent of that filed by the Burkhart Defendants, it must do so by April 9, 2019. Briefing of that motion will proceed according to Local Rule 7-1, except that the plaintiff may, at its option, choose to include its response in the response to the Burkhart Defendants' motion.

6. B & T is not required to produce documents as directed by the subpoena until the court has resolved Burkhart Defendants' motion to quash and any motion to quash it files.

So ORDERED.

Date: 3/27/2019

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana


Distribution:

All ECF-registered counsel of record via email

DANIEL BENSON
 Mongomery B Wing
MONTGOMERY - FPC
MONTGOMERY FEDERAL PRISON CAMP
Inmate Mail/Parcels
MAXWELL AIR FORCE BASE
MONTGOMERY, AL 36112