**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-cv-3273-TWP-DML |
| ) | |
| JAMES BURKHART, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on Attorneys' David J. Carr, Paul C. Sweeney, and Stephanie C. Courter, Motion for Withdrawal of Appearances as to Defendants Bright HVAC LLC, BTS Solutions LLC, BTS Ventures LLC d/b/a Best Choice, Cardinal Distribution LLC, Finite Capital LLC d/b/a Healthcare by Design, Force Holding Company, LLC, Indiana Uniform Company LLC, Med-Healthline Supply LLC, and Oregon Properties LLC (collectively, "Corporate Ganote Defendants"). The Court, having considered the same, hereby finds that said motion should be **GRANTED**. The appearances of David J. Carr, Paul C. Sweeney, and Stephanie C. Courter, all of ICE MILLER LLP, are hereby **WITHDRAWN** from the record as to the Corporate Ganote Defendants.

So ORDERED.

Date: 3/27/2019

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

**Distribution:**

Service will be made electronically on all
ECF-registered counsel of record via Email
generated by the Court's ECF system.

Joshua Burkhart
Circle Consulting LLC
Heartland Flag LLC
10124 Cheswick Lane
Fishers, IN  46037

Indiana Uniform Company LLC
**c/o Resident Agents Solutions Inc., Registered Agent**
120 East Market St.
Indianapolis, IN  46204

Bright HVAC LLC
BTS Solutions LLC
BTS Ventures LLC d/b/a Best Choice
Cardinal Distribution LLC
Force Holding Company, LLC
Med-Healthline Supply LLC
Oregon Properties LLC
**c/o Registered Agent Solutions, Inc./Incorp Services, Inc., Registered Agent**
200 Byrd Way, Suite 205
Greenwood, IN  46143

Finite Capital LLC d/b/a Healthcare by Design
**c/o Mr. Steven Ganote, Registered Agent**
Bright HVAC LLC
BTS Solutions LLC
BTS Ventures LLC d/b/a Best Choice
Cardinal Distribution LLC
Force Holding Company, LLC
Med-Healthline Supply LLC
Oregon Properties LLC
Indiana Uniform Company LLC
**c/o Mr. Steven Ganote, Authorized Representative**
Reg. No. 15427-028
FCI Terre Haute
Federal Correctional Institution
Satellite Camp
P.O. Box 33
Terre Haute, IN  47808