UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO.: 1:17-cv-03273-TWP-DML ) |
| JAMES BURKHART, *et al.*, | ) ) |
| Defendant. | ) |

**BARNES & THORNBURG LLP'S RESPONSE TO MOTION TO QUASH**

Barnes & Thornburg LLP ("B&T") files this response to this "Court's Entry and Order From Discovery Conference" dated March 29, 2019, as follows:

1. As acknowledged in the "Burkhart Defendants' Motion to Quash Plaintiff's Subpoena to Barnes & Thornburg" (the "Motion to Quash"), B&T is former counsel to Mr. Burkhart. Further, as evidenced by this filing, Mr. Burkhart is represented by counsel other than B&T on matters related to the subpoena issued by American Senior Communities, L.L.C. ("ASC"), and such counsel is asserting Mr. Burkhart's privileges and objections to the subpoena served on B&T.

2. B&T no longer represents Mr. Burkhart and is involved in controversies with Mr. Burkhart regarding B&T's representation of Mr. Burkhart and which are encompassed by the subpoena served on B&T.

3. Because of the controversies raised by Mr. Burkhart regarding B&T's representation of him, B&T's own interests may be or are different than Mr. Burkhart's on issues

related to the subpoena served on B&T such as regarding the scope and extent of privilege, work product, waiver and the like.

4. The subpoena served on B&T and the Motion to Quash arise out of and refer to various proceedings to which B&T is not a party and orders issued in those proceedings without any participation by B&T.

5. The Burkhart Defendants' have counsel who are asserting their rights and protecting their positions and have taken the position that the entire contents of B&T's files related to its representation are privileged or protected by work product, that such privileges and protections have not been waived, and that any remaining contents of B&T's file are otherwise immune from discovery by ASC. Among other things, Mr. Burkhart has also asserted that disclosure of any portion of B&T's files to ASC would infringe his Fifth Amendment rights.

6. Accordingly, as a non-party to the present proceedings, and in light of all the circumstances, B&T advises the Court that it is not filing a motion to quash independent of that filed by the Burkhart Defendants. Additionally, given that there are ongoing controversies between B&T and its former client regarding B&T's representation, that the Burkhart Defendants are separately represented by counsel with respect to the subpoena served on B&T, the potential or actual divergence between the interests of Mr. Burkhart and B&T, and differing possible perspectives on the scope of responsiveness, privilege, work product protection and waiver (among other things), B&T is obliged to defer to the Burkhart Defendants' current counsel who represent them and are authorized to take positions and assert any rights they have on these matters, to make privilege and work product determinations, prepare privilege logs and otherwise object to the subpoena. Given the Burkhart Defendants' Motion to Quash, B&T will

only disclose materials from its files in response to the ACS subpoena as authorized by Mr. Burkhart through his counsel or as ordered by the Court.

            Respectfully submitted,

            */s/ Donald R. Lundberg*
            Donald R. Lundberg
            Lawyer
            P.O. Box 19327
            Indianapolis, Indiana 46219
            Telephone: (317) 416-0733
            Email:  don@lundberglegal.com

            *Counsel to Barnes & Thornburg LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2019, a copy of the foregoing *Response to Motion to Quash* was filed electronically and served electronically on the parties by operation of the Court's electronic filing system and was also served via U.S. Mail with postage prepaid, to Defendants Joshua Burkhart, Circle Consulting LLC and Heartland Flag LLC at the following address:

>Joshua Burkhart
>10124 Cheswick Lane
>Fishers, Indiana 46037

and Defendant Daniel Benson at the following address:

>Daniel Benson
>Inmate No. 15431-028
>FPC Montgomery
>Maxwell Air Force Base
>Montgomery, Alabama 36112

>*/s/ Donald R. Lundberg*
>Donald R. Lundberg