THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., | ) |
| Plaintiff, | ) Case No.: 1:17-cv-3273-TWP-DML |
| v. | ) |
| | ) Honorable Tanya Walton Pratt |
| JAMES BURKHART, et al. | ) |
| | ) Honorable Debra McVicker Lynch |
| Defendants. | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO MOVE FOR LEAVE TO AMEND THE COMPLAINT AND/OR TO JOIN
ADDITIONAL PARTIES**

Plaintiff American Senior Communities, LLC ("ASC" or "the Company"), by and through its attorneys and pursuant to Local Rule 6-1, respectfully requests an extension of time of 60 days to file any motion for leave to amend its Complaint and/or join additional parties. In support of its motion, ASC states as follows:

1. ASC filed its Complaint in this action on September 15, 2017, alleging violations of the Racketeer Influence and Corrupt Organizations Act ("RICO"), conspiracy to violate RICO, and several state law and common law causes of action. (Dkt. 1.) This matter was stayed pending the resolution of criminal proceedings against certain Defendants, which concluded in July 2018.

2. The parties participated in an Initial Pretrial Conference on October 17, 2018. (Dkt. 63.) On November 8, 2018, this Court issued an order approving the parties' Case Management Plan. (Dkt. 67.)

3. Pursuant to section III.D of the Case Management Plan, the deadline to file any motion for leave to amend the pleadings and/or to join additional parties is for April 17, 2019. (*Id*. at 6).

4. ASC seeks an extension of 60 days – to June 17, 2019 – to file any motion seeking leave to amend its Complaint and/or join additional parties.

5. This extension is necessary for several reasons. First and foremost, ASC is investigating recently-discovered information that has significant implications for a potential complaint amendment. ASC requires additional time to investigate this new information in order to determine whether and to what extent it requires ASC to amend its Complaint.

6. Additionally, there are significant outstanding discovery issues that could impact a potential amended complaint. For example, ASC has issued subpoenas but has not yet received responses from numerous third parties, and in some cases is in ongoing negotiations with those third parties regarding the scope of their responses. The parties are also currently briefing the issue of whether Barnes & Thornburg must comply with ASC's subpoena. Moreover, ASC has only recently received written discovery responses and small document productions from Defendants Burkhart and Werner, and will be engaging in ongoing discussions regarding those discovery responses, including the negotiation of search terms with Defendant Werner.

7. This extension will not negatively impact other aspects of the case management plan, as fact discovery is not scheduled to close until August 19, 2019 – over two months after the deadline requested herein.

8. ASC brings this motion in good faith and for good cause and not to delay proceedings.

9. ASC's counsel has discussed this motion with defense counsel of record, and defense counsel has consented to this motion.

WHEREFORE, Plaintiff American Senior Communities, LLC respectfully requests that this Court grant this motion and extend the deadline for ASC to move for leave to amend the pleadings and/or to join additional parties to June 17, 2019.

Dated: April 12, 2019  Respectfully submitted,

/s/ *Eli J. Litoff*
Ronald S. Safer (*pro hac vice*)
Matthew C. Crowl (*pro hac vice*)
Valarie Hays
Kelly M. Warner (*pro hac vice*)
Laura Kleinman (*pro hac vice*)
Eli J. Litoff (*pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
Three First National Plaza
70 W. Madison, Suite 2900
Chicago, Illinois 60602
312-471-8700
rsafer@rshc-law.com
mcrowl@rshc-law.com
vhays@rshc-law.com
kwarner@rshc-law.com
lkleinman@rshc-law.com
elitoff@rshc-law.com

*Attorneys for American Senior Communities, L.L.C.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2019, I caused the foregoing document to be filed using the Court's electronic filing system, which will send notice of this filing to all counsel of record. Additionally, I will cause notice of this filing to be sent via U.S. Mail, postage prepaid, to Daniel Benson, Joshua Burkhart, Circle Consulting LLC, and Heartland Flag LLC at the following addresses:

Daniel Benson
Inmate No. 15431-028
FPC Montgomery
Maxwell Air Force Base
Montgomery, AL 36112

Joshua Burkhart
10124 Cheswick Lane
Fishers, IN 46037

/s/ *Eli J. Litoff*
Eli J. Litoff
Riley Safer Holmes & Cancila LLP
70 W. Madison, Suite 2900
Chicago, Illinois 60602
312-471-8700
elitoff@rshc-law.com

*Attorney for American Senior Communities, L.L.C.*