UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., | ) |
| Plaintiff, | ) Case No.: 1:17-cv-3273-TWP-DML |
| v. | ) Honorable Tanya Walton Pratt |
| JAMES BURKHART, et al. | ) Honorable Debra McVicker Lynch |
| Defendants. | ) |

## ORDER

This matter comes before the Court on Plaintiff American Senior Communities L.L.C.'s Amended Unopposed Motion for Extension of Time to Seek Leave to Amend the Complaint and/or Join Additional Parties (Dkt. 139). The Court, having considered the motion, hereby finds that said motion should be **GRANTED**. Any party wishing to amend the pleadings and/or join additional parties shall seek leave to do so by June 17, 2019.

So ORDERED.

Date: 4/16/2019

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

**Distribution:**

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system:

Service via U.S. Mail on:

Daniel Benson
Inmate No. 15431-028
FPC Montgomery
Maxwell Air Force Base
Montgomery, AL 36112

Joshua Burkhart
10124 Cheswick Lane
Fishers, IN 46037