AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., )<br>*Plaintiff* )<br>v. )<br>JAMES BURKHART, et al., )<br>*Defendant* ) | Case No.  1:17-cv-3273-SEB-DML |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AMERICAN SENIOR COMMUNITIES, L.L.C.                                    .

Date:  06/10/2019

/s/ Brian O. Watson
*Attorney's signature*

Brian O. Watson, IL6304248
*Printed name and bar number*

RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602

*Address*

bwatson@rshc-law.com
*E-mail address*

(312) 471-8776
*Telephone number*

(312) 471-8701
*FAX number*