UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES BURKHART, et al., ) <br> ) <br> Defendants. ) | Case No.: 1:17-cv-3273-TWP-DML <br><br> Honorable Tanya Walton Pratt <br><br> Honorable Debra McVicker Lynch |

**PLAINTIFF AMERICAN SENIOR COMMUNITIES, LLC'S
MOTION FOR ENTRY OF DEFAULT AGAINST
<u>THE CORPORATE GANOTE DEFENDANTS</u>**

American Senior Communities, LLC ("ASC"), by its attorneys and under Federal Rule of Civil Procedure 55(a), moves for entry of default against Defendants Bright HVAC LLC, BTS Solutions LLC, BTS Ventures LLC (d/b/a Best Choice), Cardinal Distribution LLC, Finite Capital LLC (d/b/a Healthcare By Design), Force Holding Company LLC, Indiana Uniform Company LLC, Med-Healthline Supply LLC, and Oregon Properties LLC (collectively the "Corporate Ganote Defendants") for failure to plead or otherwise defend this action. In support of this motion, ASC states that:

1.      ASC filed its Complaint on September 15, 2017, alleging violations of the Racketeer Influence and Corrupt Organizations Act ("RICO"), conspiracy to violate RICO, and state law and common law claims. (Dkt. 1.)

2.      The Corporate Ganote Defendants appeared on November 9, 2019, by their counsel, David J. Carr, Paul C. Sweeney, and Stephanie C. Courter of Ice Miller LLP (Dkt. 28-30), and got limited extensions to answer the Complaint and comply with the Case Management Plan (Dkt. 72, 90, 93, 114).

3.      Counsel for the Corporate Ganote Defendants withdrew with leave of court on

March 27, 2019 (Dkt. 133), and this Court gave notice of the withdrawal to the Ganote Corporate Defendants through their registered agents. (*Id*.)

4. To date, the Corporate Ganote Defendants have not filed an answer or other response to the Complaint. Nor have the Corporate Ganote Defendants otherwise appeared or defended this action with new counsel. *See United States v. Hagerman*, 549 F.3d 536, 537–38 (7th Cir. 2008) (holding "the court is empowered to bar the party from further participation in the litigation," including the entry of default judgment).

**WHEREFORE**, American Senior Communities, LLC moves for entry of default against Defendants Bright HVAC LLC, BTS Solutions LLC, BTS Ventures LLC (d/b/a Best Choice), Cardinal Distribution LLC, Finite Capital LLC (d/b/a Healthcare By Design), Force Holding Company LLC, Indiana Uniform Company LLC, Med-Healthline Supply LLC, and Oregon Properties LLC for failure to plead or otherwise defend this action.

Dated: June 19, 2019

Respectfully submitted,

/s/ *Brian O. Watson*
Ronald S. Safer (*pro hac vice*)
Matthew C. Crowl (*pro hac vice*)
Valarie Hays
Kelly M. Warner (*pro hac vice*)
Eli J. Litoff (*pro hac vice*)
Brian O. Watson
RILEY SAFER HOLMES & CANCILA LLP
Three First National Plaza
70 W. Madison, Suite 2900
Chicago, Illinois 60602
312-471-8700
rsafer@rshc-law.com
mcrowl@rshc-law.com
vhays@rshc-law.com
kwarner@rshc-law.com
elitoff@rshc-law.com
bwatson@rshc-law.com
*Attorneys for American Senior Communities, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2019, I caused the foregoing document to be filed using the Court's electronic filing system, which will send notice of this filing to all counsel of record. Additionally, I will cause notice of this filing to be sent via U.S. Mail, postage prepaid, to Daniel Benson, Joshua Burkhart, Circle Consulting LLC, Heartland Flag LLC and the Corporate Ganote Defendants.

> Daniel Benson
> Inmate No. 15431-028
> FPC Montgomery
> Maxwell Air Force Base
> Montgomery, AL 36112
>
> Joshua Burkhart
> 10124 Cheswick Lane
> Fishers, IN 46037
>
> Indiana Uniform Company LLC
> **c/o Resident Agents Solutions Inc., Registered Agent**
> 120 East Market
> St. Indianapolis,
> IN 46204
>
> Bright HVAC LLC
> BTS Solutions LLC
> BTS Ventures LLC d/b/a Best Choice
> Cardinal Distribution LLC
> Force Holding Company, LLC
> Med-Healthline Supply LLC
> Oregon Properties LLC
> **c/o Registered Agent Solutions, Inc./Incorp Services, Inc., Registered Agent**
> 200 Byrd Way, Suite 205
> Greenwood, IN 46143
>
> Finite Capital LLC d/b/a Healthcare by Design
> **c/o Mr. Steven Ganote, Registered Agent**

3

Bright HVAC LLC
BTS Solutions LLC
BTS Ventures LLC d/b/a Best Choice
Cardinal Distribution LLC
Force Holding Company,
LLC Med-Healthline
Supply LLC Oregon
Properties LLC
Indiana Uniform Company LLC
**c/o Mr. Steven Ganote, Authorized Representative**
Reg. No. 15427-028
FCI Terre Haute
Federal Correctional Institution
Satellite Camp
P.O. Box 33
Terre Haute, IN 47808

/s/ *Brian O. Watson*