UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, LLC., | ) ) ) |
| Plaintiff(s), | ) ) ) |
| v. | ) )   Cause No. 1:17-cv-03273-TWP-DML |
| JAMES BURKHART, et al. | ) ) ) |
| Defendant(s). | ) |

**BURKHART DEFENDANTS' RESPONSE TO**
**ASC'S SUBPOENAS TO THE UNITED STATES ATTORNEY'S OFFICE AND THE FBI**

Defendants James Burkhart, ACCD LLC d/b/a Crusader Healthcare Services III, American Senior Care LLC, JACCD LLC d/b/a Crusader IV, 105214 Investments LLC d/b/a Crusader Healthcare Services, and 105210 Investments LLC d/b/a Crusader Healthcare Services II,[1] by and through their undersigned counsel, respectfully file this response to ASC's Subpoena to the United States Attorney's Office for the Southern District of Indiana ("USAO") and ASC's Notice of Subpoena to the Federal Bureau of Investigation ("FBI") and states as follows:

1. On May 22, 2019, undersigned counsel was served with a notice of subpoena reflecting ASC's intention to subpoena the USAO on June 26, 2019.  Attached as Exhibit A.

2. On June 26, 2019, undersigned counsel was served with a notice of subpoena reflecting ASC's intention to subpoena the FBI on July 25, 2019.  Attached as Exhibit B.

3. In both subpoenas attached to these notices ASC explains that its requests do not seek and expressly exclude "any documents received by the Government through the pre-trial discovery process in *United States v. Burkhart, et al*. Case No.1:16-cr-212-TWP-TAB (S.D. Ind.), which are protected from

---

[1] Going forward, these collective defendants will be referred to as either "Burkhart" or the "Burkhart Defendants."

1

disclosure by the protective order entered in that case. *See* ECF No. 124." ASC also does not seek and expressly exclude "any documents received by the Government through the pre-trial discovery process in *Burkhart v. United States*, Case No. 1:18-cv-04013-TWP-DLP (S.D. Ind.), which are protected from disclosure by the protective order entered in that case. *See* ECF No. 20." *See* Exhibits A & B at Exhibit A, ¶¶5, 6.

4. The Burkhart Defendants do not specifically object to ASC's pursuit of unprotected, discoverable information through either of these subpoenas. However, if and where the USAO and the FBI determine that they do have documents responsive to these subpoenas, the Burkhart Defendants respectfully request the right to review those documents prior to their production so as to have the opportunity to object to a document being produced, if necessary.

Dated: June 27, 2019    Respectfully submitted,

/s/ *Daniel S. Maland*
Benjamin J. Widlanski (*pro hac vice*)
Daniel S. Maland (*pro hac vice*)
KOZYAK TROPIN & THROCKMORTON, LLP
2525 Ponce de Leon Blvd., 9th Floor
Miami, Florida 33134
bwidlanski@kttlaw.com
dmaland@kttlaw.com

Bradley J. Wombles
NORRIS CHOPLIN & SCHROEDER LLP
101 West Ohio Street, Ninth Floor
Indianapolis, IN 46204
bwombles@ncs-law.com

*Attorneys for James Burkhart, ACCD LLC (d/b/a Crusader Healthcare Services III), American Senior Care LLC, JACCD LLC (d/b/a Crusader IV, 105214 Investments LLC (d/b/a Crusader Healthcare Services, and 105210 Investments LLC (d/b/a Crusader Healthcare Services II)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2019, a copy of the foregoing was filed and served electronically on parties by operation of the Court's electronic filing system and also served via U.S. Mail, postage prepaid, to Defendants Joshua Burkhart, Circle Consulting LLC and Heartland Flag LLC at the following address: Joshua Burkhart, 10124 Cheswick Lane, Fishers, IN 46037; and to Defendant Daniel Benson at the following address: Daniel Benson, Montgomery B Wing, Montgomery Federal Prison Camp, Inmate Mail/Parcels, Montgomery, AL 36112.

/s/*Daniel S. Maland*
Daniel S. Maland