UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AMERICAN SENIOR COMMUNITIES L.L.C., | ) ) ) | |
| Plaintiff, | ) ) | Case: 1:17-cv-03273-TWP-DML |
| v. | ) ) | |
| JAMES BURKHART, *et al.*, | ) ) | |
| Defendants. | ) | |

## DEFENDANT ROGER WERNER'S REPLY TO PLAINTIFF'S RESPONSE TO WERNER'S MOTION FOR DISCOVERY CONFERENCE

Defendant, Roger Werner ("Werner"), by his attorneys, replies to Plaintiff, American Senior Communities, L.L.C.'s ("ASC") *Response to Defendant Roger Werner's Motion for Discovery Conference* (Dkt. 194) ("Response"), which referenced, but did not include Werner's April 24, 2019 letter to ASC.  This letter (**Exhibit G**) is provided to the Court in the interest of completeness and to save ASC the need to supplement its Response. Werner concludes that it was an oversight on the part of ASC to not attach this letter to its Response.

Respectfully Submitted,

s/ Edward F. Schrager
Edward F. Schrager, #1517-49
Donna R. Eide, #12499-98
Arthur R. Baxter, Jr., #10774-49
BAXTER ROSE & SCHRAGER LLP
50 E. 91st Street, Suite 103
Indianapolis, IN 46240
Telephone: (317) 842-1600
Fax: (317) 842-1840
eschrager@brs-lawyers.com
dreide@earthlink.net
abaxter@brs-lawyers.com
*Attorneys for Defendant, Roger Werner*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2019, I caused the foregoing document to be filed using the Court's electronic filing system, which will send notice of this filing to all counsel of record. Additionally, I will cause notice of this filing to be sent via U.S. Mail, postage prepaid, to Daniel Benson, Joshua Burkhart, Circle Consulting LLC, and Heartland Flag LLC at the following addresses:

Daniel Benson
Inmate No. 15431-028
FPC Montgomery
Maxwell Air Force Base
Montgomery, AL  36112

Joshua Burkhart
10124 Cheswick Lane
Fishers, IN  46037

s/ Edward F. Schrager
Edward F. Schrager, #1517-49