UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES L.L.C., | ) ) ) |
| Plaintiff, | ) Case: 1:17-cv-03273-TWP-DML |
| v. | ) ) |
| JAMES BURKHART, *et al.*, | ) ) |
| Defendants. | ) |

**DEFENDANT ROGER WERNER'S *UPDATED* MOTION TO DISMISS**

Defendant, Roger Werner ("Werner"), by his attorneys, and pursuant to Fed. R. Civ. P. 12(B)(6), moves this Court to dismiss Counts I-IV from Plaintiff, American Senior Communities, L.L.C.'s ("ASC") First Amended Complaint filed on September 13, 2019 (Dkt. 218) ("1st Amended Complaint"). In support of this Updated Motion to Dismiss, Werner would show the Court as follows:

1. On December 10, 2018, Werner filed his Motion to Dismiss (Dkt. 75) ("Original Motion to Dismiss") with respect to Counts I-IV of ASC's Complaint filed on September 15, 2017 ("Original Complaint").

2. On September 26, 2019, the Court issued its Order (Dkt. 225) which denied without prejudice to refile Werner's Original Motion to Dismiss. The Court noted in its Order that ASC's 1st Amended Complaint is now the operative complaint in this case, while Werner's Original Motion to Dismiss challenges ASC's Original Complaint.

3. Consistent with the spirit of the Court's Order (Dkt. 225), Werner has purposefully not made substantive changes to the Original Motion to Dismiss. Rather, the only changes in the Updated Motion to Dismiss from the Original Motion to Dismiss, are citations to pages and

paragraphs in ASC's 1st Amended Complaint. This approach is founded upon ASC's adherence to the Court's Order of August 7, 2019 (Dkt. 208) which restricted ASC's 1st Amended Complaint in the following regard:

> In order to balance the rights of ASC and Defendant Werner in this regard, the First Amended Complaint filed by ASC will contain no new allegations of any type or sort against Defendant Werner either solely in his name or as ASC includes him in groupings such as "Executive Defendants" for example.

(*Id*. at ¶ III(D)).

4. By way of this Updated Motion to Dismiss, Werner seeks the dismissal of the following Counts from ASC's 1st Amended Complaint:

| | |
|---|---|
| Count I: | Violation of the Racketeer Influence and Corrupt Organizations Act, 18 U.S.C. § 1962(c) ("RICO"); |
| Count II: | Conspiracy to Violate RICO, 18 U.S.C. § 1962(d); |
| Count III: | Violation of the Indiana Corrupt Business Influence Statute, Ind. Code § 35-45-6-2 ("Indiana RICO"); and |
| Count IV: | Common-Law Fraud. |

5. ASC has failed to state a cause of action with respect to each of these counts. Accordingly, each count should be dismissed. With respect to the RICO (Indiana and Federal) allegations, ASC has failed to allege that Werner knew of the schemes or that he knowingly participated in them. ASC has failed to meet the pleading requirements of fraud with respect to both the RICO related claims and the common law fraud claim.

6. In support of this Updated Motion, Werner is filing contemporaneously his *Updated Memorandum of Law in Support of Motion to Dismiss* in which there is an analysis of the factual deficiencies of ASC's allegations against Werner with respect to the four counts which are the subject matter of this Updated Motion.

WHEREFORE, Roger Werner respectfully requests that the Court dismiss Counts I, II, III, and IV of ASC's First Amended Complaint as to him, consistent with the requirements under Fed. R. Civ. P. 12(B)(6) and for all other just and proper relief.

    Respectfully Submitted,

s/ Edward F. Schrager
Edward F. Schrager, #1517-49
Donna R. Eide, #12499-98
Arthur R. Baxter, Jr., #10774-49
BAXTER ROSE & SCHRAGER LLP
50 E. 91st Street, Suite 103
Indianapolis, IN 46240
Telephone: (317) 842-1600
Fax: (317) 842-1840
eschrager@brs-lawyers.com
dreide@earthlink.net
abaxter@brs-lawyers.com

*Attorneys for Defendant, Roger Werner*