THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., ) | |
| ) | Case No.: 1:17-cv-3273-TWP-DML |
| Plaintiff, ) | |
| v. ) | Honorable Tanya Walton Pratt |
| ) | |
| JAMES BURKHART, et al., ) | Honorable Debra McVicker Lynch |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO DISCLOSE EXPERT REPORTS**

Plaintiff American Senior Communities, LLC ("ASC"), by its attorneys and pursuant to Local Rule 6-1, requests an unopposed extension of time to disclose its expert reports through and including February 16, 2020. Pursuant to Paragraph F of the Case Management Order (Dkt. 208), Plaintiff's expert reports are currently due on December 16, 2019.

In support of this motion, ASC states as follows:

1. ASC anticipates Barnes & Thornburg, counsel for defendant Jim Burkhart in in the matter captioned as *United States v. Burkhart, et al.*, Case No. Case No. 1:16-cr-00212-TWP-TAB (S.D. Ind.), possesses responsive, non-protected documents that will bear upon the damages analysis currently being completed by ASC's testifying expert witness.

2. On March 15, 2019, ASC provided defendants with notice of its intent to issue a subpoena to defendant Jim Burkhart's prior counsel in the matter captioned as *United States v. Burkhart, et al.*, Case No. Case No. 1:16-cr-00212-TWP-TAB (S.D. Ind.) (the "Subpoena").

3. On April 2, 2019, defendants Burkhart, ACCD LLC d/b/a Crusader Healthcare Services III, American Senior Care LLC, JACCD LLC d/b/a Crusader IV, 105214 Investments

LLC d/b/a Crusader Healthcare Services, and 105210 Investments LLC d/b/a Crusader Healthcare Services II moved to quash the Subpoena. (Dkt. 134.)

4. On November 19, 2019, Magistrate Judge Debra McVicker Lynch denied Burkhart's motion to quash the subpoena. (Dkt. 237.) Judge Lynch ordered ASC's counsel, Burkhart's counsel, and Barnes & Thornburg's counsel to "confer and attempt to agree on a protocol and timing for the review and production of documents responsive to the subpoena." (*Id.* at p. 17.)

5. ASC's counsel immediately sought to coordinate with counsel for Burkhart and counsel for Barnes & Thornburg, and a call is scheduled between counsel for the three parties on December 9, 2019. ASC's counsel anticipates that the conference will result in a timeline for production of documents responsive to the Subpoena. ASC's counsel expects that the actual document production will take some additional period of time, after December 9, 2019, to produce to ASC.

6. According to the Case Management Order currently in effect, ASC's expert reports are due on December 16, 2019. (Dkt. 208, ¶ F.)

7. Given the above timeline for the document production from Barnes & Thornburg, if the current deadline for ASC's expert reports is not extended, ASC's experts will not have the benefit of reviewing any of Barnes & Thornburg's documents before submitting their reports. ASC therefore requests that its expert report disclosure deadline be extended by two (2) months, to be due on February 16, 2020.

8. Good cause exists to grant this extension. ASC anticipates that materials from Barnes & Thornburg's document production will assist ASC's experts. For example, ASC anticipates the documents will provide further support of his receipt of ill-gotten gains directly

from ASC. In addition, ASC anticipates the production of Barnes & Thornburg's documents will provide further detail regarding and confirm the flow of proceeds to companies in which Burkhart has been alleged to hold ownership interests. Without the extension, ASC will be prejudiced by disclosing its expert reports before its experts have had a chance to review such critical evidence from Barnes & Thornburg's production.

9. ASC does not anticipate seeking further extensions of time within which to file its initial expert report.

10. This requested extension is timely under Local Rule 6-1(a)(5).

11. Counsel for defendants[1] do not oppose this requested extension of time, provided that the remaining expert deadlines are similarly extended by two (2) months as follows:

   (a) ASC shall disclose its expert reports by February 16, 2020;

   (b) Defendants shall disclose their expert reports by June 15, 2020, or if Plaintiff has disclosed no experts, Defendants shall make their expert disclosure by June 15, 2020. ASC acknowledges that these time frames agreed upon by the Defendants are done so without the Defendants having seen the documents upon which ASC's expert may rely. As such, ASC will not oppose, unless good cause is shown, a request by a Defendant for additional time for their expert to complete his/her analysis and report.

   (c) Any party who wishes to limit or preclude expert testimony at trial shall file any such objections no later than July 15, 2020; and

   (d) Expert witness discovery and discovery relating to damages shall be completed by August 15, 2020.

---

[1] ASC anticipates that seeking consent from defendant Dan Benson would take an extended period of time due to his incarceration and therefore has not done so.

WHEREFORE, for good cause shown, Plaintiff American Senior Communities, LLC respectfully requests that this Court grant this Unopposed Motion for Extension of Time and enter the Proposed Order.

Dated: December 3, 2019

Respectfully submitted,

/s/ *Brian O. Watson*
Ronald S. Safer (*pro hac vice*)
Matthew C. Crowl (*pro hac vice*)
Valarie Hays
Kelly M. Warner (*pro hac vice*)
Brian O. Watson
Eli J. Litoff (*pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
Three First National Plaza
70 W. Madison, Suite 2900
Chicago, Illinois 60602
312-471-8700
rsafer@rshc-law.com
mcrowl@rshc-law.com
vhays@rshc-law.com
kwarner@rshc-law.com
bwatson@rshc-law.com
elitoff@rshc-law.com

*Attorneys for American Senior Communities, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2019, I caused the foregoing document to be filed using the Court's electronic filing system, which will send notice of this filing to all counsel of record. Additionally, I will cause notice of this filing to be sent via U.S. Mail, postage prepaid, to Daniel Benson at the following addresses:

    Daniel Benson
    Inmate No. 15431-028
    FPC Montgomery
    Maxwell Air Force Base
    Montgomery, AL 36112

    */s/ Brian O. Watson*
    /s/ Brian O. Watson
    Riley Safer Holmes & Cancila LLP
    70 W. Madison, Suite 2900
    Chicago, Illinois 60602
    312-471-8700
    bwatson@rshc-law.com

    *Attorney for American Senior Communities, L.L.C.*

4816-7577-8990, v. 2