UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No.: 1:17-cv-3273-TWP-DML |
| JAMES BURKHART, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

This matter comes before the Court on Plaintiff American Senior Communities, L.L.C.'s ("ASC") Unopposed Motion for Extension of Time to Disclose Expert Reports. The Court, having considered the motion, finds that the motion should be **GRANTED**.

It is therefore **ORDERED** that ASC shall disclose its expert reports by February 16, 2020, and Defendants shall disclose their expert reports by June 15, 2020, or if Plaintiff has disclosed no experts, Defendants shall make its expert disclosure by June 15, 2020. Any party who wishes to limit or preclude expert testimony at trial shall file any such objections no later than July 15, 2020. Expert witness discovery and discovery relating to damages shall be completed by August 17, 2020.

SO ORDERED.

Date: 12/4/2019

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.