UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 1:17-cv-03273-TWP-DML<br>) |
| JAMES BURKHART, et al. | )<br>) |
| Defendants. | )<br>) |
| ROB NEW, | )<br>) |
| Intervenor. | )<br>) |
| BARNES & THORNBURG LLP,<br>FIRST FEDERAL SAVINGS BANK,<br>THOMAS MILLS, | )<br>)<br>)<br>) |
| Interested Parties. | ) |

Entry and Order from Settlement Conference

The plaintiff, by its authorized representative and by counsel, and the defendant Roger Werner, in person and by counsel, appeared for a settlement conference on December 16, 2019, with the magistrate judge. The conference was held and concluded without settlement.

This case is set for a telephone status conference on **February 11, 2020, at 9:30 a.m. (Eastern)**, with Magistrate Judge Debra McVicker Lynch.  The court will contact counsel by separate email through the court's electronic filing system with the call-in information to be used to participate in the conference.

So ORDERED

Date: 12/17/2019

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the Court's ECF system