**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

AMERICAN SENIOR COMMUNITIES, L.L.C.,

    Plaintiff,

v.

JAMES BURKHART,
DANIEL BENSON,
ROGER WERNER,
GRETCHEN ZOELLER,
ACCD LLC (d/b/a CRUSADER HEALTHCARE SERVICES III),
AMERICAN SENIOR CARE LLC,
BRIGHT HVAC LLC,
FINITE CAPITAL LLC (d/b/a HEALTHCARE BY DESIGN),
INDIANA UNIFORM COMPANY LLC,
JACCD LLC (d/b/a CRUSADER IV),
MED-HEALTHLINE SUPPLY LLC,
OREGON PROPERTIES LLC,
105214 INVESTMENTS LLC (d/b/a CRUSADER HEALTHCARE SERVICES),
105210 INVESTMENTS LLC (d/b/a CRUSADER HEALTHCARE SERVICES II),

    Defendants.

Case No.: 1:17-cv-3273-TWP-DML

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 83-7(b), and Indiana Rules of Professional Conduct 1.16(a)(3), the undersigned counsel for James Burkhart – Benjamin J. Widlanski, Daniel S. Maland, Peter A. Schroeder and Bradley J. Wombles – move to withdraw their appearances on behalf of Defendants, James Burkhart, ACCD LLC d/b/a Crusader Healthcare Services III, American Senior Care LLC, JACCD LLC d/b/a Crusader IV, 105214 Investments LLC d/b/a Crusader Healthcare Services, and 105210 Investments LLC d/b/a Crusader Healthcare Services II (collectively, the "Burkhart Defendants"), in the above-captioned case as of January 3 2020.  This motion is made at the

Burkhart Defendants' request as a result of their having discharged the undersigned from representing them in this action, as set forth in James Burkhart's letter dated December 23, 2020, attached hereto as **Exhibit A**. As of the time of this filing, the Burkhart Defendants have not retained new counsel and can collectively be reached at FCP Montgomery, Maxwell Air Force Base, Montgomery, Alabama, 36112; tel.: 334-293-2100. Counsel for Plaintiff has expressed that they may object to this Motion.

WHEREFORE, the undersigned counsel respectfully request that this Court grant this Motion to Withdraw their appearances on behalf of the Burkhart Defendants effective January 3, 2020, and for all other proper relief.

Dated: January 3, 2020.                                Respectfully submitted,

/s/ *Bradley J. Wombles*
Benjamin J. Widlanski (*pro hac vice*)
Daniel S. Maland (*pro hac vice*)
KOZYAK TROPIN & THROCKMORTON, LLP
2525 Ponce de Leon Blvd., 9th Floor
Miami, Florida 33134
bwidlanski@kttlaw.com
dmaland@kttlaw.com

Peter A Schroeder
Bradley J. Wombles
NORRIS CHOPLIN SCHROEDER LLP
101 West Ohio Street, Ninth Floor
Indianapolis, IN 46204
pschroeder@ncs-law.com
bwombles@ncs-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2020, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Bradley J. Wombles
Bradley J. Wombles
