IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:17-cv-3273-TWP-DML<br>)<br>) |
| JAMES BURKHART, ET AL., | )<br>) |
| Defendant. | ) |

**AGREED MOTION FOR EXTENSION OF TIME TO PRODUCE DOCUMENTS**

Non-Party, Rob New, by counsel, respectfully moves the Court for an Order extending the time in which Mr. New has to comply with the Court's January 8, 2020 Order (Dkt. 247). In further support of this Motion, Non-Party, Mr. New states:

1. On January 8, 2020, the Court issued its Order on Non-Party, Rob New's, Motion to Quash/Motion for Protective Order regarding Plaintiff, American Senior Communities, LLC's ("ASC"), Subpoena and Non-Party Request for Production of Documents directed to Mr. New.

2. Since the issuance of the Court's Order, counsel for ASC and Mr. New have been working in good faith to agree upon search terms for the production of the materials ordered by the Court, as well as negotiating the attorneys' fees incurred as a result of the Motion to Quash/Motion for Protective Order.

3. Mr. New has requested an extension of time from ASC's counsel for the production of the documents/materials required by the Court's January 8, 2020 Order and ASC's counsel does not object to an extension of time, which is more fully set forth in the attached proposed Agreed Order.

4. In addition, ASC's counsel and Mr. New's counsel agree that an extension of the fee petition deadline issued by the Court is needed as counsel continue to negotiate the attorneys' fees.

5. Accordingly, subject to the Court's approval, ASC's counsel and Mr. New's counsel have agreed upon new deadlines as set forth in the proposed Agreed Order.

WHEREFORE, Non-Party, Rob New, respectfully requests that the Court extend the timeframe for Mr. New to produce the documents set forth in the Court's January 8, 2020 Order as set forth in the proposed Agreed Order filed herewith, and for all other just and proper relief in the premises.

Dated: February 7, 2020                                **DELK MCNALLY LLP**

By: /s/ *Jason R. Delk*
    Jason R. Delk
    DELK MCNALLY LLP
    211 South Walnut St.
    Muncie, IN 47305
    delk@delkmcnally.com

**CERTIFICATE OF SERVICE**

  I, Jason Delk, an attorney, certify that on February 7, 2020, the above referenced Motion was served upon all counsel of record via the Court's Electronic Filing System.


            By:  /s/ Jason R. Delk