## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 1:17-cv-3273-TWP-DML ) |
| JAMES BURKHART, ET AL., | ) ) |
| Defendant. | ) |

### AGREED ORDER REGARDING NON-PARTY ROB NEW'S DOCUMENT PRODUCTION

On January 8, 2020, the Court issued the Order on Motions to Quash Subpoenas and for Protective Order (Dkt. 247) regarding Non-Party Rob New's production of documents in response to a subpoena to produce documents served on March 13, 2019, by Plaintiff, American Senior Communities, LLC ("ASC"). Since the issuance of the Court's Order, ASC and Non-Party, Rob New, have conferred in good faith and agreed upon search terms under paragraph 3, as well as begun negotiating in good faith the reasonable fees incurred in briefing the motion to quash and for protective order. Since the issuance of the January 8, 2020 Order, Counsel for Mr. New has reviewed thousands of pages of documents, but has not produced any ordered documents as the review of materials subject to production is ongoing. Counsel for Mr. New is also engaged in a jury trial set to begin on February 24, 2020. Accordingly, Mr. New's counsel has requested an extension of time to produce the ordered documents. Counsel for ASC does not object to an extension of time for Mr. New's counsel to produce the documents from the Court's January 8, 2020 Order on the terms set forth below. In addition, ASC's counsel and Mr. New's counsel believe additional time is necessary to allow ASC's counsel and Mr. New's counsel to continue to

negotiate the reasonable fees incurred in briefing the motion to quash and for protective order. As such, it is hereby ordered by the Court as follows:

1. Mr. New shall produce the documents and materials set forth in paragraphs 1 and 2 of the Court's Order on or before February 21, 2020;

2. Mr. New shall produce the documents and materials set forth in paragraphs 3 and 4 of the Court's Order on a rolling basis and production shall be complete on or before March 23, 2020; and

3. If ASC and Mr. New are unable to agree on an amount of reasonable attorney's fees ordered to be paid by ASC, as set forth in the Court's January 8, 2020 Order, then Mr. New shall file his fee petition on or before February 20, 2020.

SO ORDERED.

Date: 2/10/2020

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

JAMES BURKHART
15426-028
MONTGOMERY - FPC
MONTGOMERY FEDERAL PRISON CAMP
Inmate Mail/Parcels
MAXWELL AIR FORCE BASE
MONTGOMERY, AL 36112

DANIEL BENSON
 Mongomery B Wing
MONTGOMERY - FPC
MONTGOMERY FEDERAL PRISON CAMP
Inmate Mail/Parcels
MAXWELL AIR FORCE BASE
MONTGOMERY, AL 36112