**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

AMERICAN SENIOR COMMUNITIES, L.L.C.,

      Plaintiff,

  v.

JAMES BURKHART,
DANIEL BENSON,
ROGER WERNER,
GRETCHEN ZOELLER,
ACCD LLC (d/b/a CRUSADER HEALTHCARE SERVICES III),
AMERICAN SENIOR CARE LLC,
BRIGHT HVAC LLC,
FINITE CAPITAL LLC (d/b/a HEALTHCARE BY DESIGN),
INDIANA UNIFORM COMPANY LLC,
JACCD LLC (d/b/a CRUSADER IV),
MED-HEALTHLINE SUPPLY LLC,
OREGON PROPERTIES LLC,
105214 INVESTMENTS LLC (d/b/a CRUSADER HEALTHCARE SERVICES),
105210 INVESTMENTS LLC (d/b/a CRUSADER HEALTHCARE SERVICES II),

      Defendants.

Case No.: 1:17-cv-3273-TWP-DML

## SECOND MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83-7(b), and Indiana Rules of Professional Conduct 1.16(a)(3), the undersigned counsel for James Burkhart – Kozyak, Tropin & Throckmorton, LLP and Norris Choplin Schroeder LLP (collectively, "Burkhart Counsel") – hereby file their Second Motion to Withdraw their appearances on behalf of Defendants, James Burkhart, ACCD LLC d/b/a Crusader Healthcare Services III, American Senior Care LLC, JACCD LLC d/b/a Crusader IV, 105214 Investments LLC d/b/a Crusader Healthcare Services, and 105210 Investments LLC d/b/a Crusader Healthcare Services II (collectively, the "Burkhart Defendants"), in the above-captioned

case as of February 13, 2020, and in support state:

1. On December 23, 2019, James Burkhart discharged Burkhart Counsel from representing the Burkhart Defendants in this action.

2. On January 3, 2020, Burkhart Counsel filed their Motion to Withdraw Appearance [D.E. 243].

3. Upon hearing argument on that motion, this Court entered its Order on Motion to Withdraw Appearance and on Motion for Discovery Conference on January 28, 2020, instructing Burkhart Counsel to continue their representation of Mr. Burkhart and the Burkhart Defendants until the physical production of documents responsive to ASC's subpoena of Barnes & Thornburg, LLP has been completed. [D.E. 252.]

4. Burkhart Counsel have now completed the physical production of documents responsive to ASC's subpoena in accordance with this Court's order. *See* February 13, 2020 email to all counsel of record, attached as Exhibit A. Specifically, the Burkhart Defendants have now produced (1) all documents that Mr. Burkhart has produced in the Section 2255 proceeding, and (2) all other documents gathered by Barnes & Thornburg that were responsive to the ASC subpoena but not produced in the Section 2255 proceeding.

5. The Burkhart Defendants have not asserted privilege on any of the documents produced by Barnes & Thornburg, and accordingly will not be providing a privilege log for these productions.

6. Having now completed these tasks in full compliance with this Court's order, Burkhart Counsel hereby file this second motion to withdraw for purposes of terminating all of Burkhart Counsels' further responsibilities to Mr. Burkhart and the Burkhart Defendants in this case.

7. This motion is made at the Burkhart Defendant's request, following their

termination of Burkhart Counsels' representation of the them in this civil matter on December 23, 2019.

8. As of the time of this filing, the Burkhart Defendants have not retained new counsel and can collectively be reached at FCP Montgomery, Maxwell Air Force Base, Montgomery, Alabama, 36112; tel.: 334-293-2100.

9. Counsel for ASC have communicated that they have no objection to this motion.

WHEREFORE, Burkhart Counsel respectfully request that this Court grant this Second Motion to Withdraw their appearances on behalf of the Burkhart Defendants effective February 13, 2020, and for all other proper relief.

Dated: February 13, 2020.                Respectfully submitted,

*/s/ Bradley J. Wombles*
Benjamin J. Widlanski (*pro hac vice*)
Daniel S. Maland (*pro hac vice*)
KOZYAK TROPIN & THROCKMORTON, LLP
2525 Ponce de Leon Blvd., 9th Floor
Miami, Florida 33134
bwidlanski@kttlaw.com
dmaland@kttlaw.com

Peter A Schroeder
Bradley J. Wombles
NORRIS CHOPLIN SCHROEDER LLP
101 West Ohio Street, Ninth Floor
Indianapolis, IN 46204
pschroeder@ncs-law.com
bwombles@ncs-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2020, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ *Bradley J. Wombles*
        Bradley J. Wombles