IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:17-cv-3273-TWP-DML<br>) |
| BURKHART et al., | )<br>)<br>) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME TO FILE FEES PETITION**

Non-Party, Rob New, by counsel, requests that the Court enter an Order extending the time in which Mr. New has to file a fee petition as described in the Court's Order on Motions to Quash Subpoenas and for Protective Order (Dkt. 247) until February 28, 2020. In support of this Motion, Mr. New states:

1. On January 8, 2020, the Court issued the Order on Motions to Quash Subpoenas and for Protective Order (Dkt. 247), and on February 10, 2020 the Court issued an Agreed Order regarding deadlines (Dkt. 256).

2. In the Order on Motions to Quash Subpoenas and for Protective Order, the Court awarded attorneys' fees to Mr. New and directed him to submit a fee demand to ASC and meet-and-confer with ASC regarding the demand. (Dkt. 247.) The present deadline for Mr. New to submit a fees petition is February 20, 2020. (Dkt. 256.)

3. Counsel for ASC and Mr. New are currently negotiating Mr. New's attorneys' fees demand.

4.  An extension of the fee petition deadline issued by the Court is necessary to allow them to complete their negotiations and counsel for Mr. New believes that these negotiations should be completed by February 28, 2020.

5.  Accordingly, subject to the Court's approval, Mr. New requests that the court extend the deadline to file the fee petition to and including February 28, 2020 for Mr. New to file a fee petition, if ASC and Mr. New cannot agree on the amounts due and owing to Mr. New as a result of the Court's January 8, 2020 Order.

WHEREFORE, Non-Party, Rob New, respectfully requests that the Court extend the timeframe for Mr. New to file a fee petition until February 28, 2020.

Dated: February 20, 2020

**DELK MCNALLY LLP**

By: /s/ Jason Delk

Jason Delk
DELK MCNALLY LLP
211 South Walnut St.
Muncie, IN 47305
delk@delkmcnally.com

## CERTIFICATE OF SERVICE

I, Jason Delk, an attorney, certify that on February 20, 2020, I filed the foregoing using the Court's CM/ECF system, which will cause a copy to be served on all counsel of record.

By: /s/ Jason Delk