**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

AMERICAN SENIOR COMMUNITIES, L.L.C.,

    Plaintiff,

  v.

JAMES BURKHART,
DANIEL BENSON,
ROGER WERNER,
GRETCHEN ZOELLER,
ACCD LLC (d/b/a CRUSADER HEALTHCARE
SERVICES III),
AMERICAN SENIOR CARE LLC,
BRIGHT HVAC LLC,
FINITE CAPITAL LLC (d/b/a HEALTHCARE
  BY DESIGN),
INDIANA UNIFORM COMPANY LLC,
JACCD LLC (d/b/a CRUSADER IV),
MED-HEALTHLINE SUPPLY LLC,
OREGON PROPERTIES LLC,
105214 INVESTMENTS LLC (d/b/a
CRUSADER HEALTHCARE SERVICES),
105210 INVESTMENTS LLC (d/b/a
CRUSADER HEALTHCARE SERVICES II),

    Defendants.

Case No.: 1:17-cv-3273-TWP-DML

**ORDER GRANTING SECOND MOTION TO WITHDRAW APPEARANCE**

This cause is before the Court on the second motion by Benjamin J. Widlanski and Daniel S. Maland of the law firm Kozyak Tropin & Throckmorton, LLP and Peter A. Schroeder and Bradley J. Wombles of the law Norris Choplin Schroeder, LLP to withdraw their appearances on behalf of Defendants, James Burkhart, ACCD LLC d/b/a Crusader Healthcare Services III, American Senior Care LLC, JACCD LLC d/b/a Crusader IV, 105214 Investments LLC d/b/a Crusader Healthcare Services, and 105210 Investments LLC d/b/a Crusader Healthcare Services II in this matter.

Being duly advised, the Court GRANTS the motion. The appearances of Benjamin J. Widlanski and Daniel S. Maland of the law firm Kozyak Tropin & Throckmorton, LLP and Peter A. Schroeder and Bradley J. Wombles of the law Norris Choplin Schroeder, LLP are hereby WITHDRAWN.

The Court reminds Mr. Burkhart that the Burkhart Company Defendants must be represented by counsel. As entities, they cannot defend or seek relief in this litigation except through a lawyer, and they must obtain substitute counsel (Dkt. 252). The failure of the Burkhart Company Defendants to appear by counsel by the deadline will subject the Company Defendants to the entry of default.

SO ORDERED.

Date: 2/20/2020

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

JAMES BURKHART
15426-028
MONTGOMERY - FPC
MONTGOMERY FEDERAL PRISON CAMP
Inmate Mail/Parcels
MAXWELL AIR FORCE BASE
MONTGOMERY, AL 36112

DANIEL BENSON
Montgomery B Wing
MONTGOMERY - FPC
MONTGOMERY FEDERAL PRISON CAMP
Inmate Mail/Parcels
MAXWELL AIR FORCE BASE
MONTGOMERY, AL 36112