# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Civil Action No. 1:17-cv-3273-TWP-DML ) |
| JAMES BURKHART, ET AL., | ) ) |
| Defendant. | ) |

## ORDER GRANTING NON-PARTY ROB NEW'S DEADLINE TO SUBMIT ATTORNEYS' FEES PETITION

On January 8, 2020, the Court issued the Order on Motions to Quash Subpoenas and for Protective Order (Dkt. 247) regarding Non-Party Rob New's production of documents in response to a subpoena to produce documents served on March 13, 2019, by Plaintiff, American Senior Communities, LLC ("ASC"). On February 10, 2020, the Court issued an Agreed Order regarding deadlines (Dkt. 256). Non-Party Rob New requests additional time to allow ASC and Mr. New to continue to negotiate the fee petition regarding the attorneys' fees Mr. New incurred in briefing the motion to quash and for protective order. As such, it is hereby ordered by the Court as follows:

1. If ASC and Mr. New are unable to agree on an amount of reasonable attorney's fees ordered to be paid by ASC, as set forth in the Court's January 8, 2020 Order, then Mr. New shall file his fee petition on or before February 28, 2020.

SO ORDERED.

Date: 2/21/2020

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

JAMES BURKHART
15426-028
MONTGOMERY - FPC
MONTGOMERY FEDERAL PRISON CAMP
Inmate Mail/Parcels
MAXWELL AIR FORCE BASE
MONTGOMERY, AL 36112

DANIEL BENSON
Montgomery B Wing
MONTGOMERY - FPC
MONTGOMERY FEDERAL PRISON CAMP
Inmate Mail/Parcels
MAXWELL AIR FORCE BASE
MONTGOMERY, AL 36112