# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-cv-03273-TWP-DML |
| ) | |
| JAMES BURKHART, et al., ) | |
| ) | |
| Defendants. ) | |

## SATISFACTION OF ORDER ON MOTIONS
## TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER

Pursuant to the Order on Motions to Quash Subpoenas and for Protective Order (ECF No. 247), Plaintiff American Senior Communities LLC and Nonparties First Federal Savings Bank and Thomas Mills stipulate that: (1) they have negotiated in good faith the reasonable attorneys' fees incurred in briefing the motions to quash and for protective order in the amount of $1,500.00; (2) First Federal Savings Bank and Thomas Mills have received full satisfaction and payment; and (3) the Clerk of the United States District Court for the South District of Indiana may terminate Robert Nicholson and his appearance and enter this satisfaction on the docket without further notice.

Dated: March 16, 2020

/s/ Brian O. Watson
Ronald S. Safer (*pro hac vice*)
Matthew C. Crowl (*pro hac vice*)
Valarie Hays
Kelly M. Warner (*pro hac vice*)
Brian O. Watson
Eli J. Litoff (*pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
Three First National Plaza
70 W. Madison, Suite 2900
Chicago, Illinois 60602
rsafer@rshc-law.com
mcrowl@rshc-law.com
vhays@rshc-law.com
kwarner@rshc-law.com
bwatson@rshc-law.com
elitoff@rshc-law.com
*Attorneys for Plaintiff
American Senior Communities LLC*

Respectfully submitted,

/s/ Robert Nicholson (with permission)
Robert Nicholson
CARSON LLP
301 W. Jefferson Blvd., STE 200
Fort Wayne, IN 46802
(260) 423-9411
nicholson@carsonllp.com
*Attorney for Nonparties First Federal
Savings Bank and Thomas Mills*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 16, 2020, I caused these papers to be filed using the Court's electronic filing system, which will send notice of this filing to all counsel of record. Additionally, I will cause notice of this filing to be sent via U.S. Mail, postage prepaid, to Daniel Benson and James Burkhart.

    Daniel Benson
    Inmate No. 15431-028
    FPC Montgomery
    Maxwell Air Force Base
    Montgomery, AL 36112

    James Burkhart
    Inmate No. 15426-028
    FPC Montgomery
    Maxwell Air Force Base
    Montgomery, AL 36112

                                                         /s/ *Brian O. Watson*

4826-0351-1735, v. 2