Approved.  The Clerk shall terminate the appearance of interested parties First Federal Savings Bank and Thomas Mills, as well as the appearance of their counsel.
DML
3/17/2020

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-03273-TWP-DML |
| | ) | |
| JAMES BURKHART, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**SATISFACTION OF ORDER ON MOTIONS
TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER**

Pursuant to the Order on Motions to Quash Subpoenas and for Protective Order (ECF No. 247), Plaintiff American Senior Communities LLC and Nonparties First Federal Savings Bank and Thomas Mills stipulate that: (1) they have negotiated in good faith the reasonable attorneys' fees incurred in briefing the motions to quash and for protective order in the amount of $1,500.00; (2) First Federal Savings Bank and Thomas Mills have received full satisfaction and payment; and (3) the Clerk of the United States District Court for the South District of Indiana may terminate Robert Nicholson and his appearance and enter this satisfaction on the docket without further notice.