# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., | ) |
| Plaintiff, | ) Case No.: 1:17-cv-3273-TWP-DML |
| v. | ) Honorable Tanya Walton Pratt |
| JAMES BURKHART, et al., | ) Honorable Debra McVicker Lynch |
| Defendants. | ) |

## ORDER

This matter is before the Court on Plaintiff American Senior Communities, LLC's ("ASC") Unopposed Motion for Extension of Deadlines. (Dkt. 276). The Court, being duly advised, hereby GRANTS the extension of deadlines and amends the previous orders (Dkts. 268 and 269) as follows:

1. ASC shall submit a proposed order or a stipulation of dismissal of ASC's claims against Defendant Roger Werner by April 10, 2020.

2. ASC shall disclose expert reports by May 1, 2020.

3. Defendants shall disclose expert reports by July 31, 2020, or if ASC has disclosed no experts, Defendants shall make their expert disclosures by July 31, 2020.

4. Any party who wishes to limit or preclude expert testimony at trial shall file any such objections by August 31, 2020.

5. Expert witness discovery and discovery relating to damages shall be completed by October 30, 2020.

SO ORDERED.

Date: 3/26/2020

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

JAMES BURKHART
15426-028
MONTGOMERY - FPC
MONTGOMERY FEDERAL PRISON CAMP
Inmate Mail/Parcels
MAXWELL AIR FORCE BASE
MONTGOMERY, AL 36112

DANIEL BENSON
Montgomery B Wing
MONTGOMERY - FPC
MONTGOMERY FEDERAL PRISON CAMP
Inmate Mail/Parcels
MAXWELL AIR FORCE BASE
MONTGOMERY, AL 36112