# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., | ) |
| Plaintiff, | ) ) Case No.: 1:17-cv-3273-TWP-DML |
| v. | ) ) Honorable Tanya Walton Pratt |
| JAMES BURKHART, et al. | ) ) Honorable Debra McVicker Lynch |
| Defendants. | ) ) |

## PLAINTIFF AMERICAN SENIOR COMMUNITIES LLC'S
## MOTION TO VOLUNTARILY DISMISS DEFENDANT ROGER WERNER

Plaintiff American Senior Communities, L.L.C. ("ASC"), through its undersigned counsel, hereby moves to dismiss Defendant Roger Werner ("Werner") from the above-captioned lawsuit. In support of this Motion, ASC states as follows:

1. ASC filed its initial Complaint in this matter on September 15, 2017 (Dkt. 1) and its Amended Complaint on September 13, 2019 (Dkt. 218). Defendant Roger Werner was properly served and appeared through counsel.

2. ASC and Werner have resolved ASC's claims against Werner. Accordingly, ASC wishes to dismiss Werner from this case with prejudice.

WHEREFORE, ASC respectfully requests that the Court enter an order dismissing Defendant Roger Werner from this action with prejudice.

Dated: April 15, 2020

Respectfully Submitted,

*/s/ Brian O. Watson*
Ronald S. Safer (*pro hac vice*)
Kelly M. Warner (*pro hac vice*)
Brian O. Watson
Eli J. Litoff (*pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP

        70 W. Madison, Suite 2900
        Chicago, Illinois 60602
        312-471-8700
        rsafer@rshc-law.com
        kwarner@rshc-law.com
        bwatson@rshc-law.com
        elitoff@rshc-law.com

        *Attorneys for American Senior Communities, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2020, I caused the foregoing document to be filed using the Court's electronic filing system, which will send notice of this filing to all counsel of record. Additionally, I will cause notice of this filing to be sent via U.S. Mail, postage prepaid, to the following defendants:

| | |
|---|---|
| Daniel Benson<br>Inmate No. 15431-028<br>FPC Montgomery<br>Maxwell Air Force Base<br>Montgomery, AL 36112 | James Burkhart<br>Inmate No. 15426-028<br>FPC Montgomery<br>Maxwell Air Force Base<br>Montgomery, AL 36112 |

*/s/ Brian O. Watson*
/s/ Brian O. Watson
Riley Safer Holmes & Cancila LLP
70 W. Madison, Suite 2900
Chicago, Illinois 60602
312-471-8700
bwatson@rshc-law.com

*Attorney for American Senior Communities, L.L.C.*

3