IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 1:17-cv-3273-TWP-DML ) ) |
| BURKHART et al., | ) ) |
| Defendants. | ) |

## ORDER SETTING DISCOVERY CONFERENCE

The Court, after reviewing Non-Party, Rob New's, Motion for Discovery Conference, and being in all things duly advised, now finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter is set for a telephonic discovery conference between Plaintiff's counsel and Non-Party, Rob New's counsel, on June 1, 2020, at 10:00 a.m. (Eastern) before Magistrate Judge Debra McVicker Lynch. The court will contact counsel by separate email through the court's electronic filing system with the call-in information to be used to participate in the conference.

SO ORDERED.

Date: 5/21/2020

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

JAMES BURKHART
15426-028
MONTGOMERY - FPC
Inmate Mail/Parcels
MAXWELL AIR FORCE BASE
MONTGOMERY, AL 36112

DANIEL BENSON
Montgomery B Wing
MONTGOMERY - FPC
Inmate Mail/Parcels
MAXWELL AIR FORCE BASE
MONTGOMERY, AL 36112