# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:17-cv-3273-TWP-DML |
| ) | |
| v. ) | Honorable Tanya Walton Pratt |
| ) | |
| JAMES BURKHART, et al., ) | Honorable Debra McVicker Lynch |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on American Senior Communities, L.L.C.'s Motion to Take Telephone and Remote Depositions (Dkt. 295). The Court, having considered the motion, finds the motion should be **GRANTED**. Defendants James Burkhart (15426-028) and Daniel Benson (15431-028) may participate in depositions consistent with the Federal Rules of Civil Procedure and the procedures and requirements of the Federal Bureau of Prisons. In addition, the deposition of former defendant Steven Ganote (15427-028) may be taken consistent with the Federal Rules of Civil Procedure and the procedures and requirements of the Federal Bureau of Prisons. Depositions may occur by telephone, videoconference, or other remote means at American Senior Communities, L.L.C.'s option and consistent with the procedures and requirements of the Federal Bureau of Prisons. If necessary, the court reporter, videographer, and counsel may bring any papers and equipment for depositions into the prison.

SO ORDERED.

Date: 6/9/2020

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

JAMES BURKHART
15426-028
MONTGOMERY - FPC
Inmate Mail/Parcels
MAXWELL AIR FORCE BASE
MONTGOMERY, AL 36112

DANIEL BENSON
15431-028
MONTGOMERY - FPC
Inmate Mail/Parcels
MAXWELL AIR FORCE BASE
MONTGOMERY, AL 36112