Case 1:17-cv-03273-TWP-DML   Document 298   Filed 06/18/20   Page 1 of 3 PageID #: 2852

FILED
5:58 am, Jun 18, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

United States District Court
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| American Senior Communities, L.L.C. Plaintiff | Case No.: 1:17-cv-3273-TWP-DML |
| v. | Honorable Tanya Walton Pratt |
| James Burkhart, et al. Defendant Pro Se | Honorable Debra McVicker Lynch |

Defendant Pro Se Response to American Senior Communities, L.L.C.'s Motion to Take Telephone and Remote Depositions.

Defendant Pro Se Burkhart requests that the Court stay the Plaintiff's motion to take telephone and remote depositions, offering the following in support:

1. As the court is aware, the

Defendant Pro Se is in Montgomery Federal Prison Camp in Montgomery, Alabama. All Federal Prisons are currently under a national "lock down" pursuant to the directive issued by the Director of the Bureau of Prisons in response to the COVID-19 pandemic.

2. As a result of the nationwide lockdown order, all inmates are restricted to their housing units with all inmate movements severely restricted, including access to the legal library.

3. Defendant Pro Se Burkhart vehemently objects to any telephonic and remote deposition, but is situationally unable to provide legal citations for his position.

Therefore, Defendant Pro Se Burkhart respectfully prays this court will stay any consideration of the Plaintiff's

motion until the Federal Bureau of Prisons national lock-down is lifted.

Dated: June 11, 2020

Respectfully submitted,

_____

James G. Burkhart
15426-028
Montgomery FPC
Maxwell Air Force Base
Montgomery AL 36112

Certificate of Service

Defendant Pro Se Burkhart is incapable of perfecting service due to the nationwide lock-down of the Federal Prisons and hereby requests the Honorable Clerk to forward a copy of this filing to the appropriate parties.