Case 1:17-cv-03273-TWP-DML   Document 308   Filed 07/15/20   Page 1 of 2 PageID #: 2899

**FILED**
4:23 pm, Jul 15, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Dear Honorable Clerk of the District Court,

I, Defendant Pro Se James Burkhart, in Case No.: 1-17-cv-3273-TWP-DML, humbly as the Honorable Clerk of the U.S. District Court for the Docket Sheet for Case No.: 1-17-cv-3273-TWP-DML.

I am incarcerated at a Federal Prison and do not have access to a computer to access the Docket Sheet assuming one is accessible via the computer.

Could you please send me the Docket Sheet so that I could have a hard copy of it.

I am aware that the Docket Sheet changes as documents are filed, so please send me the most updated Docket Sheet you have.

I have enclosed a self addressed stamped envelope for my request. I hope the postage and envelope is sufficient.

(1)

I want to thank you in advance for your assistance and help in my request.

Again, thank you very much.

Sincerely,

*[signature]*

James Burkhart, Defendant pro se
Case No.: 1-17-cv-3273-TWP-DML.

15426-088
Montgomery FPC
Maxwell Air Force Base
Montgomery AL 36112

(2)