UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:17-cv-03273-TWP-DML ) |
| JAMES BURKHART, et al. | ) ) |
| Defendants. | ) |

# Order

On March 1, 2021, plaintiff filed a status report regarding the parties' efforts to reach an agreement on a motion to amend the case management plan. The court has reviewed the status report and orders as follows.

The parties who agree to the proposed amended case management plan should file a motion by March 15, 2021, requesting its consideration. Any party who objects may file a response by March 22, 2021.

So ORDERED.

Date: 3/8/2021

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

JAMES BURKHART
15426-028
MONTGOMERY - FPC
MONTGOMERY FEDERAL PRISON CAMP
Inmate Mail/Parcels
MAXWELL AIR FORCE BASE
MONTGOMERY, AL 36112

DANIEL BENSON
11550 Ringer Rd.
Fishers, IN 46040