# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:17-cv-3273-TWP-DML |
| ) | |
| v. ) | Honorable Tanya Walton Pratt |
| ) | |
| JAMES BURKHART, et al., ) | Honorable Debra McVicker Lynch |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on the Joint Motion to Amend the Case Management Plan filed by plaintiff American Senior Communities L.L.C. ("ASC") and defendants Gretchen Zoeller and GZ, LLC. (Dkt. 341). The Court, having considered the motion, finds that the motion should be **GRANTED**. The Case Management Plan (Dkt. 67) is amended as follows:

**III.     Pretrial Pleadings and Disclosures**

F. Except where governed by paragraph (G) of the Case Management Plan, expert witness disclosure deadlines shall conform to the following schedule: Plaintiff shall disclose the name, address, and vita of any testifying expert witness as required by Fed. R. Civ. P. 26(a)(2) on or before September 13, 2019. All such expert reports of the Plaintiff shall be disclosed by May 5, 2020. Defendants shall disclose the name, address, and vita of any testifying expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) on or before July 1, 2021.

H. Any party who wishes to limit or preclude expert testimony at trial shall file any such objections no later than August 31, 2021. Any party who wishes to preclude expert witness testimony at the summary judgment stage shall file any such objections with their responsive brief within the briefing schedule established by Local Rule 56-1.

I. All parties shall file and serve their final witness and exhibit lists on or before July 15, 2021. This list should reflect the specific potential witnesses the party may call at trial. It is not sufficient for a party to simply incorporate by reference "any witness listed in discovery" or such general statements. The list of final witnesses shall include a brief synopsis of the expected testimony.

### IV. **Discovery and Dispositive Motions**

B. Dispositive motions are expected and shall be filed by August 15, 2021; non-expert witness discovery and discovery relating to liability issues shall be completed by July 1, 2021; expert witness discovery and discovery relating to damages shall be completed by August 1, 2021.

### VI. **Trial Date**

The parties request a trial date in January 2022. The trial is by jury and is anticipated to take 15 days.

APPROVED AS TO FORM:

| | |
|---|---|
| */s/ Kelly M. Warner* | */s/ Thomas W. Farlow* |
| Ronald S. Safer (*pro hac vice*) | Thomas W. Farlow |
| Kelly M. Warner (*pro hac vice*) | Jenai M. Brackett |
| Brian O'Connor Watson | FROST BROWN TODD LLC |
| RILEY SAFER HOLMES & CANCILA LLP | 201 North Illinois Street, Suite 1900 |
| Three First National Plaza | Indianapolis, Indiana 46204 |
| 70 W. Madison Street, Suite 2900 | |
| Chicago, Illinois 60602 | *Attorneys for Gretchen Zoeller and GZ, LLC* |

*Attorneys for American Senior Communities, L.L.C.*

SO, ORDERED.

Date: 3/23/2021

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

JAMES BURKHART
15426-028
MONTGOMERY - FPC
Inmate Mail/Parcels
MAXWELL AIR FORCE BASE
MONTGOMERY, AL 36112

DANIEL BENSON
11550 Ringer Rd.
Fishers, IN 46040

2