United States District Court
Southern District of Indiana
Indianapolis Division

American Senior
Communities, L.L.C.
Plaintiff

Case No.: 1:17-cv-3273-TWP-DML

v.

Honorable Tanya Walton Pratt

James Burkhart et. al.,
Defendants

Honorable Debra McVicker-Lynch

FILED
04/30/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

DEFENDANT PRO SE JAMES BURKHART'S REQUEST AND MOTION TO THE COURT TO COMPEL THE FEDERAL BUREAU OF PRISONS AND MONTGOMERY FEDERAL PRISON CAMP TO PROVIDE LEGAL PHONE ACCESS FOR USE BY DEFENDANT PRO SE JAMES BURKHART TO INTERVIEW WITNESSES.

## DISCUSSION

Defendant Pro Se James Burkhart ("Burkhart")

(1)

plans to and will utilize multiple witnesses for the trial in this civil matter.

Burkhart has developed a list of potential witnesses he will plan to utilize at the trial in this civil matter.

Burkhart needs to be able to speak with and interview these potential witnesses.

Burkhart also needs to be spend time with the multiple witnesses he plans to and will utilize at the trial in this civil matter. Burkhart cannot do this in person and can only do this via the phone.

Burkhart needs to discuss with these multiple witnesses the questions and information that he will ask each witness at the trial of this civil matter.

Burkhart needs to be able to discuss

(2)

and review with each witness the exhibits which will be part of their testimony.

The Federal Bureau of Prisons and Montgomery Federal Prison Camp provides a phone for inmates to use for legal matters.

The request for the use of a phone for legal matters is normally initiated by an outside third party, such as a lawyer or a Court. An inmate cannot initiate the request for the use of a phone for legal matters.

Burkhart, in order to properly interview multiple witnesses and discuss interview questions as well as appropriate exhibits with these multiple witnesses, needs to be able to make legal calls to these witnesses.

Burkhart, at the time of this writing, is uncertain how much

(3)

time is needed for interviewing and working with multiple witnesses he will utilize in this civil matter.

Initially Burkhart would like to request three (3) hours of weekly legal phone use at Montgomery Federal Prison Camp. And then reevaluate the need for more or less time after a period of forty-five (45) days has expired.

The interviewing of multiple witnesses and discussing their testimony are both very important to Burkhart in preparing his defense in this civil matter.

## CONCLUSION

Burkhart is requesting the court to compel the Federal Bureau of Prisons and Montgomery Federal Prison Camp to provide Burkhart three (3) hours weekly of the use of a phone for the purpose of contacting and interviewing

(4)

and discussing interview questions and exhibits with multiple witnesses related to this Civil Matter.

The interviewing of witnesses and discussing their testimony are crucial to Burkhart in preparing for his defense in this Civil Matter.

Dated: April 26, 2021

Respectfully submitted,

_____
Defendant Pro Se
James Burkhart
15426-028
Montgomery FPC
Maxwell Air Force Base
Montgomery, AL 36112

(5)

## Certificate of Service

Defendant Pro Se James Burkhart, who is incarcerated at Montgomery Federal Prison Camp, humbly asks the Clerk of the United States District Court, the Southern District of Indiana, to assist Defendant Pro Se James Burkhart in perfecting service of this filing.

(6)