Dear Honorable Clerk of the U.S. District Court - Southern District of Indiana,

I, Defendant Pro Se James Burkhart, humbly ask for your assistance in perfecting service of the attached filing. I am currently incarcerated at a Federal Prison and need help in perfecting service.

Also, I have attached a copy of the first page of the attached filing. Could you please file stamp the copy and return it to me? I have enclosed a self-addressed stamped envelope for this purpose.

Many thanks for your help.

Sincerely,

James Burkhart
15426-028
Montgomery FPC
Maxwell Air Force Base
Montgomery, AL 36112