James Burkhart
15426-028
Montgomery FPC
Maxwell Air Force Base
Montgomery, AL 36112



FILED
APR 30 2021
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

The Office of the
Clerk of the U.S. District Court
105 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN
46204