# Exhibit A



Kelly M. Warner
(312) 471-8740
kwarner@rshc-law.com

April 30, 2021

James Burkhart
Inmate No. 15426-028
FPC Montgomery
Maxwell Air Force Base
Montgomery, AL 36112

Re: **American Senior Communities v. Burkhart, et al.**
**Case No 1:17-cv-03273-TWP-DML**

Dear Mr. Burkhart:

I write regarding the above-refenced matter and specifically in relation to the document production that we made available to you in February 2021, by producing a hard drive to your counselor, Mr. Warren, which contained all documents produced to date in this matter by any party or third party ("Master Production Drive").

As we have made clear on numerous occasions, we produced the files on the Master Production Drive in the same format in which they were received from a third party or in the format of production identified in the ESI Supplement to the Case Management Plan (Dkt. 67).

We understand from your recent pleading and statements to the Court that you take issue with your ease of accessing certain of the documents due to (i) the size of Production 008, which you have been unable to unzip during your computer access periods, and (ii) your inability to access native file documents because the PC on which you are viewing the documents does not appear to have Microsoft Word, Excel, etc. loaded.[1]

With respect to your first concern, we have confirmed with our vendor that – for a modest additional cost – we can provide a replacement drive to you that addresses the issue with Production 008 and should make the opening of this folder more efficient. Even though ASC has no obligation to undertake this additional effort, we are willing to do so in order to address your complaint and restricted time access.

We also inquired as to whether there is a solution to the second issue you have raised. Our vendor informs us that it has the ability to convert at least some files into searchable PDFs. Our

---

[1] You have represented previously that you are able to access documents in PDF format, which means that the Montgomery Federal Prison Camp's (the "Montgomery FPC") PC that you use has a PDF application loaded onto it. You have not indicated whether you have made any attempt to request that the Montgomery FPC also load other relevant applications such as Microsoft Word and Excel onto the PC, but if Montgomery FPC were able to accommodate such a request, that would resolve your document-viewing issues.

Exh. A 1/2

Mr. James Burkhart
April 30, 2021
Page 2

vendor estimates it will cost at least $12,000 to convert all files that are currently in image (i.e., .TIFF) format to searchable PDFs. Moreover, it would cost an additional $12,000 – 24,000 to convert all files contained on the Master Production Drive into searchable PDFs.[2] The process of conversion will take at least two months for the conversion of the imaged files alone, and as much as four months for the conversion of native files.

ASC has no obligation to undertake this significant burden and cost and is not willing to do so. If you would like to incur this cost at your own expense, please let us know and we can work with our vendor to facilitate the process. We will refrain from providing a replacement drive that addresses the Production Volume 008 issue until we hear back from you.

Very truly yours,

Kelly M. Warner

Enclosure (self-addressed envelope)

---

[2] Note that our vendor has expressed concern regarding the conversion of the over 20,000 Excel files contained in the production, as Excel files do not readily convert to PDFs and may balloon into tens of thousands of nonsensical pages. Our vendor recommends avoiding attempting to turn any Excel files into PDFs.

Ex. A 2/2