James Bukhus
15426-028
Montgomery FPC
Maxwell Air Force Base
Montgomery AL 36112



FILED
MAY 17 2021
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

The Office of the
Clerk of the U.S. District Court
105 U.S. Courthouse
46 East Ohio Street
Indianapolis, In
46204