UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICAN SENIOR COMMUNITIES, L.L.C., ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:17-cv-3273-TWP-DML |
| ) | |
| v. ) | Honorable Tanya Walton Pratt |
| ) | |
| JAMES BURKHART, et al., ) | Honorable Debra McVicker Lynch |
| ) | |
| Defendants. ) | |

# ORDER

This matter comes before the Court on the Joint Motion to Continue the Trial Date filed by plaintiff American Senior Communities L.L.C. ("ASC") and defendants Gretchen Zoeller, GZ, LLC, and Daniel Benson. The Court, having considered the motion, finds that the motion should be **GRANTED**. The final pretrial conference set December 15, 2021 and jury trial set January 10, 2022 (Dkt. 345) are now vacated. The final pretrial is rescheduled to February 8, 2022 at 2:00 p.m. in Room 330 and the jury trial is rescheduled to March 7, 2022 at 9:00 a.m. in Room 344, Indianapolis, Indiana.

APPROVED AS TO FORM:

*/s/ Kelly M. Warner*
Ronald S. Safer (*pro hac vice*)
Kelly M. Warner (*pro hac vice*)
Brian O'Connor Watson
RILEY SAFER HOLMES & CANCILA LLP
Three First National Plaza
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602

*Attorneys for ASC*

*/s/ Thomas W. Farlow*
Thomas W. Farlow
Darren Andrew Craig
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
Indianapolis, Indiana 46204

*Attorneys for Gretchen Zoeller and GZ, LLC*

*/s/ Daniel Benson*
Daniel Benson
11550 Ringer Road
Fishers, IN 46040

*Pro Se Defendant*

SO, ORDERED.

Date: 6/24/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.

JAMES BURKHART
15426-028
Montgomery – FPC
Inmate Mail/Parcels
Maxwell Air Force Base
Montgomery, AL 36112

DANIEL BENSON
11550 Ringer Road
Fishers, IN 46040